UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of:

MEDITERRANEAN SHIPPING COMPANY
S.A.,

                Petitioner,

FOR AN ORDER TO TAKE DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS
PURSUANT TO 28 U.S.C. § 1782.

Case No. 1:25-mc-00598 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

On December 29, 2025, Applicant Mediterranean Shipping Company S.A. ("Applicant") filed an application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in a foreign proceeding (the "Application"). Dkt. 1. Although the Court has authority to address the Application *ex parte*, *see Gushlak v. Gushlak*, 486 F. App'x 215, 217 ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*."), the Court will not do so absent a demonstrated basis.

If Applicant believes there is a basis to proceed *ex parte*, it shall file a letter motion seeking leave to do so **within three days of the date of this Order**. In the absence of such a motion, Applicant shall serve on Respondents a copy of the Application and supporting papers, together with a copy of this Order, no later than **5 days from the date of this order**, and file proof of such service on the docket. In addition, Applicant shall serve those same papers on Martín Adrián Silman, Jorge Luis Fredriks, Jorge Miguel Brejov, Hugh Gavin Skellorn, Gabriel Fortes (collectively, the "Argentina Defendants") — the parties against whom the requested discovery is likely to be used — by the same date, also filing proof of service on the docket. *See Application of Sarrio, S.A.*, 119 F.3d 143, 148 ("[T]he ultimate targets of a § 1782 discovery

order issued to third parties have standing to challenge the district court's power to issue a subpoena under the terms of an authorizing statute." (internal quotation marks omitted)). Respondents and the Argentina Defendants shall file any opposition to this Application no later than **two weeks from the date on which they are served**. Applicant's reply, if any, shall be due **one week from the date upon which the opposition is filed**.

If the parties believe that a conference would be helpful, either before or after the matter is fully briefed, they shall so advise the Court by letter.

Dated: January 5, 2026
    New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2